FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2007 NOV -5 AM 10: 27

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

JESSE RAYMOND RUTLEDGE,

  Petitioner,

vs.                                Case No.  2:07-cv-688-FtM-34DNF

SECRETARY DOC, FLORIDA ATTORNEY
GENERAL,

  Respondents.
_____/

### ORDER OF TRANSFER[1]

This matter comes before the Court upon initial review of the file. Petitioner, who is proceeding *pro se* and currently incarcerated at Desoto Correctional Institution Annex, filed a Petition for Writ of Habeas Corpus (Doc. #1, Petition) pursuant to 28 U.S.C. § 2254 on October 21, 2007.[2]

Petitioner challenges the Florida Department of Corrections' interpretation of part of the State Clemency Board's Order. See Petition at 1-3; Petitioner's Exh. C, Second Judicial Circuit

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

[2] The Petition was filed in this Court on October 23, 2007; however, the Petition is considered filed when delivered to prison authorities for mailing and, absent evidence to the contrary, is assumed to be the date the inmate signed the document (October 21, 2007). Washington v. United States, 243 F.3d 1299, 1301 (11th Cir. 2001).

Court's Order, Leon County, Florida, denying Petition for Writ of Mandamus (Doc. #3-3). Petitioner argues that his sentence is unconstitutional because he believes he should have been eligible for parole after twenty-five (25) years, not fifty (50) years. Petition at 2. Prior to the Clemency Board's decision, Petitioner was sentenced on December 31, 1975, to the death penalty for two counts of murder by a circuit court in Alachua County, Florida. Petition at 1; Petitioner's Exh., Aff. of R. Lee Adams Fla. Dept. of Corrections (Doc. #3-4). Therefore, pursuant to 28 U.S.C. § 2241(d), the Court finds it in the interests of justice to transfer this case to the United States District Court for the Northern District of Florida for all further proceedings, considering the state courts that ruled on Petitioner's underlying sentence are within that district.[3]

ACCORDINGLY, it is hereby

**ORDERED:**

---

[3]The initial judgment of conviction was entered on December 31, 1975, in Alachua, Florida. The State's Clemency Board commuted Petitioner's death sentence to a life sentence in an Order dated April 13, 1983, in Tallahassee, Florida. Petitioner's Exh. A, Clemency Board's Order (Doc. #3-2). The Petition *sub judice* challenges the Department of Correction's interpretation of the Clemency Board's Order. Petitioner challenged the Department of Corrections' interpretation by filing a Writ of Mandamus in the Second Judicial Circuit in Leon County, Florida, which was denied by Second Judicial Circuit Court on July 15, 2005. Then, Petitioner filed an appeal to the First District Court of Appeal. Doc. #2-2 at 1. The First District Court of Appeal affirmed the circuit court's order. Id. Petitioner attempted to re-litigate his claim by filing a Petition for Habeas Corpus in the Leon County Court, which transferred the Petition to Twelfth Judicial Circuit in Desoto County in May 2007. Id. The Twelfth Judicial Circuit denied the Petition, finding that the Second Judicial Circuit in Leon County "squarely addressed" Petitioner's claim on July 15, 2005. Id. Petitioner also filed a Petition for Writ of Certiorari in the Second District Court of Appeal, which was denied on September 19, 2007. Doc. #2-3 at 1.

1. This case is transferred to the United States District Court for the Northern District of Florida.

2. The **Clerk of Court** shall: 1) immediately forward the file to the Northern District; 2) terminate any pending motions before this Court; and, 3) close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this 5th day of November ~~October~~, 2007.

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record
        Civil Supervisor: Northern District of Florida